IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 19-CR-3113 JB |
| ) | |
| GENEVIEVE ATENCIO, ) | |
| ) | |
| Defendant. ) | |

<u>UNOPPOSED MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE</u>

Pursuant to Rule 48, Fed. R. Crim. P., the United States of America respectfully moves the Court to dismiss the Indictment in this case, without prejudice, against Defendant GENEVIEVE ATENCIO, and in support states as follows:

The Defendant, having successfully completed pretrial diversion program on August 23, 2023, the Indictment against Defendant GENEVIEVE ATENCIO should be dismissed in the interests of justice.

Counsel for Defendant, B.J. Crow, does not oppose this motion.

Wherefore, the United States requests the Court dismiss the Indictment without prejudice against Defendant GENEVIEVE ATENCIO.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*Electronically filed*

ELAINE Y. RAMIREZ
Assistant United States Attorney
P.O. Box 607
Albuquerque, N.M. 87103
(505) 346-7274

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to opposing counsel of record.

 *Electronically filed*
ELAINE Y. RAMIREZ
Assistant United States Attorney