IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    No. CR 19-3113 JB

GENEVIEVE ATENCIO,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before the Court on the unopposed motion of the United States to dismiss the Indictment in this matter without prejudice against defendant GENEVIEVE ATENCIO, and the Court being fully advised in the premises, FINDS that the motion is well-taken and should be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Indictment in this matter is hereby dismissed as to defendant GENEVIEVE ATENCIO, without prejudice.

_____
UNITED STATES DISTRICT JUDGE