IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. <u>19-3113-JB</u> |
| | ) | |
| vs. | ) | |
| | ) | |
| **ROBERT PADILLA, ET AL,** | ) | |
| | ) | |
| Defendant. | ) | |

<u>NOTICE OF ENTRY OF APPEARANCE</u>

The United States of America notifies the Court that RANDY M. CASTELLANO,

Assistant United States Attorney, hereby enters his appearance as co-counsel on behalf of the

United States.

The United States requests that all notices, pleadings, and correspondence regarding this case

also be delivered to the attention of RANDY M. CASTELLANO.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney


*/s/   Electronically Filed 1/17/24*
RANDY M. CASTELLANO
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 - Tel.
(575) 522-2391 - Fax

I HEREBY CERTIFY that I electronically
filed the foregoing with the Clerk of the
Court using the CM/ECF system which
will send electronic notification to defense
counsel of record.

*/s/   Electronically Filed 1/17/24*
RANDY M. CASTELLANO
Assistant United States Attorney